514

Argued June 21, affirmed June 21, 1973

STATE OF OREGON, *Respondent, v.*
WILLIE STEWARD (No. 4975), *Appellant.*

510 P2d 1353

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.